United States District Court
Southern District of Texas
**ENTERED**
February 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-165 |
| | § | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*, | § § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Federal Defendants' Notice of Abeyance in the United States Court of Appeals for the Sixth Circuit. Dkt. 53. On January 13, 2017, the Supreme Court of the United States granted a writ of certiorari to review the Sixth Circuit's jurisdiction to hear the petitions for review of the Clean Water Rule. On January 25, 2017, the Sixth Circuit entered an order holding in abeyance this and other petitions for review of the Clean Water Rule.

This case is hereby **ADMINSITRATIVELY CLOSED.** Any party may file a motion to reopen the proceedings within thirty days after the Sixth Circuit terminates its abeyance or enters a further order on the matter.

SIGNED at Galveston, Texas, this 8th day of February, 2017.

_____
George C. Hanks Jr.
United States District Judge