United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al*, § § § § Plaintiffs, § VS. § § U.S. ENVIRONMENTAL PROTECTION § AGENCY, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:15-CV-165 |

## ORDER

Having considered Plaintiffs' Motion to Reopen (Dkt. 58), and in accordance with the Court's order entered on February 8, 2017 (Dkt. 54), the Court finds that good cause exists for granting the Motion. Therefore, the Motion to Reopen is **GRANTED**.

Signed at Galveston, Texas, this  February 7 , 2018.

George C. Hanks, Jr.
United States District Judge